Lloyd L. LITTLE, and Linda K. Little,
Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5133.

United States Court of Appeals,
Federal Circuit.

Sept. 30, 2003.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

NOMOS CORP,

v.

ZMED INC.

No. 03–1141, 03–1183.

United States Court of Appeals,
Federal Circuit.

Sept. 30, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

INTOUCH GROUP,

v.

AMAZON.COM.

No. 02–1631.

United States Court of Appeals,
Federal Circuit.

Oct. 1, 2003.

ORDER

Upon review of Joint Motion of Appellant Intouch Group, Inc. and Appellee Entertaindom LLC to Dismiss Appeal and for good cause shown, this Court hereby DISMISSES the above-captioned appeal with prejudice. Each party to bear its own costs and attorneys fees.

IT IS SO ORDERED.